UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
IN RE WORLD TRADE CENTER LOWER          :   21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION      :
-----------------------------------------------------------------X
SUSANA RODRIGUEZ (AND HUSBAND,          :   07-CV-5315-AKH
JOSE RODRIGUEZ),                        :
                          Plaintiff,    :   **APPEARANCE**
                                        :
         - against -                    :
                                        :
90 CHURCH STREET LIMITED                :   **ELECTRONICALLY FILED**
PARTNERSHIP, *et al.*,                  :
                        Defendants.
-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.


Dated: New York, New York           DICKSTEIN SHAPIRO LLP
       October 3, 2007
                            By:     /s/ Judith R. Cohen
                                    Judith R. Cohen (JC-8614)
                                    1177 Avenue of the Americas
                                    New York, New York 10036
                                    Phone: (212) 277-6500
                                    Fax: (212) 277-6501
                                    *Attorney for Defendant*
                                    MERRILL LYNCH & CO., INC.


DOCSNY-271695v01