John M. Flannery (JMF-0229)
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
3 Gannett Drive
White Plains, New York 10604
(914) 323-7000

Attorneys for Defendant BATTERY PARK CITY AUTHORITY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x   21 MC 102(AKH)
IN RE: WORLD TRADE CENTER LOWER                          :
MANHATTAN DISASTER SITE LITIGATION
------------------------------------------------------------- x   Civil Action No.: 07cv05315
SUSANA RODRIGUEZ and JOSE RODRIGUEZ,
                                                         :   **NOTICE OF BATTERY PARK**
                    Plaintiffs,                              **CITY AUTHORITY's**
                                                         :   **ADOPTION OF ANSWER TO**
    -against-                                                **MASTER COMPLAINT**
                                                         :
90 CHURCH STREET LIMITED PARTNERSHIP, ET
AL.,                                                     :

                    Defendants.                          :
------------------------------------------------------------- x

PLEASE TAKE NOTICE THAT defendant, BATTERY PARK CITY AUTHORITY, as and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopt BATTERY PARK CITY AUTHORITY's Answer to the Master Complaint dated August 1, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster site Litigation*, 21 MC 102 (AKH).

WHEREFORE, BATTERY PARK CITY AUTHORITY demands judgment dismissing the above-captioned action as against each of them, together with their costs and disbursements.

Dated: White Plains, New York
       September 25, 2007

1700526.1

Yours, etc.,

WILSON, ELSER, MOSKOWITZ, EDELMAN
    & DICKER LLP
Attorneys for Defendants
BATTERY PARK CITY AUTHORITY
3 Gannett Drive
White Plains, New York 10604
(914) 323-7000
File No.: 06867.00437

By: _____
    John M. Flannery (JMF-0229)

1700526.1