UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
-------------------------------------------------------------------------x

SUSANA RODRIGUEZAND JOSE RODRIGUEZ,                    07CV05315

                                        Plaintiffs,

                                                       ANSWER TO
                                                       AMENDED
                                                       COMPLAINT

                   - against -

150 BROADWAY CORP., 150 BROADWAY
N.Y. ASSOCS. L. P.,, 55 WATER STREET
CONDOMINIUM, 90 CHURCH STREET
LIMITED PARTNERSHIP, ALAN KASMAN
DBA KASCO, AMBIENT GROUP, NC., ANN
TAYLOR STORES CORPORATION, AT&T
WIRELESS SERVICES, NC., BAILEY N.Y.
ASSOCIATES, BANKERS TRUST COMPANY,
BATTERY PARK CITY AUTHORITY, BELFOR
USA GROUP, INC., BFP ONE LIBERTY PLAZA
CO., LLC,, BLACKMON-MOORING STEAMATIC
CATASTOPHE, INC D/B/A BMS CAT,
BOSTON PROPERTIES, INC.,
BROOKFIELD FINANCIAL PROPERTIES, INC.,
BROOKFIELD FINANCIAL PROPERTIES, LP,
BROOKFIELD PARTNERS, LP, BROOKFIELD
PROPERTIES CORPORATION, BROOKFIELD
PROPERTIES HOLDINGS INC., BT PRIVATE
CLIENTS CORP., DEUTSCHE BANK TRUST
COMPANY, DEUTSCHE BANK TRUST
COMPANY AMERICAS, DEUTSCHE BANK
TRUST CORPORATION, ENVIROTECH CLEAN
AIR, INC., GENERAL RE SERVICES CORP.,
GPS ENVIRONMENTAL CONSULTANTS, INC.,
HILLMAN ENVIRONMENTAL GROUP, LLC.,
INDOOR ENVIRONMENTAL TECHNOLOGY,
INC., KASCO RESTORATION SERVICES CO.,
MERRILL LYNCH & CO, INC., NATIONAL
ASSOCIATION OF SECURITIESDEALERS,

INC., NEW LIBERTY PLAZA LP, NEW WATER
STREET CORP., NEW YORK CITY
INDUSTRIAL.DEVELOPMENT AGENCY, NEW
YORK CITY INDUSTRIAL DEVELOPMENT
CORPORATION, NOMURA HOLDING
AMERICA, INC., NOMURA SECURITIES
INTERNATIONAL INC., ONE LIBERTY
PLAZA, STRUCTURE TONE (UK), INC.,
STRUCTURE TONE GLOBAL SERVICES, NC.,
THE BANK OF NEW YORK TRUST COMPANY, NA
THE BOARD OF MANAGERS OF THE
ONE LIBERTY PLAZA CONDOMINIUM (CONDO #1178),
THE ONE LIBERTY PLAZA
CONDOMINIUM (CONDO #1178), TISHMAN
INTERIORS CORPORATION, TOSCORP INC.,
TUCKER ANTHONY, INC., TULLY
CONSTRUCTION CO., INC., TULLY
INDUSTRIES, INC, WESTON SOLUTIONS,
INC., WFP ONE LIBERTY PLAZA CO., L.P.,
WFP ONE LIBERTY PLAZA, CO. GP, CORP.,
WFP TOWER A CO., WFP TOWER A CO. G.P.
CORP., WFP TOWER A. CO., L.P., WFP TOWER
B CO. G.P. CORP., WFP TOWER B HOLDING
CO., LP, WFP TOWER B. CO., L.P., AND
WORLD FINANCIAL PROPERTIES, L.P., ET AL

Defendants.

-------------------------------------------------------------------------x

   PLEASE TAKE NOTICE that defendant Envirotech Clean Air Inc. ("Envirotech"), as

and for their responses to the allegations set forth in the Complaint by Adoption ("Check-off

Complaint") related to the Master Complaint filed in the above-referenced action, hereby adopts

Envirotech's Answer to the Master Complaint dated August 3, 2007, which was filed in the

matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102

(AKH).

WHEREFORE, the defendant Envirotech demands judgment dismissing the above-captioned action as against each of them, together with costs and disbursements.

Dated: Lake Success, New York
April 1, 2008

Yours, etc.

FRIEDMAN, HARFENIST, LANGER & KRAUT
Attorneys for Defendant –Envirotech
3000 Marcus Avenue, Suite 2E1
Lake Success, New York 11042
(516) 775-5800

BY: _____
Heather L. Smar (4622)